```
Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com
```

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA J. COCCARO AND FRANK M. COCCARO,<br><br>PlaintiffS,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC,<br><br>Defendants. | Case No. 2:21-cv-2183-GMN-VCF<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S AND PLAINTIFFS PAMELA J. COCCARO'S AND FRANK M. COCCARO'S STIPULATION AND ORDER TO EXTEND TIME FOR EXPERIAN TO ANSWER COMPLAINT (First Request)**<br><br>Complaint filed:  December 10, 2021 |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiffs Pamela J. Coccaro and Frank M. Coccaro ("Plaintiffs"), by and through their counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiffs' Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiffs filed their Complaint on December 10, 2021.  Experian was served on January 13, 2022.  The deadline for Experian to respond to the Complaint is currently February 3, 2022. Plaintiffs and Experian stipulate and agree that Experian shall have until February 24, 2022, to file its responsive pleading.  This is Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but rather to allow Experian time to investigate Plaintiff's claims.

**IT IS SO STIPULATED.**

DATED this 1st day of February, 2022.     NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster
Nevada Bar No. 9982
jbraster@naylorandbrasterlaw.com
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant Experian Information Solutions, Inc.*

DATED this 1st day of February, 2022.     PRICE LAW GROUP, APC

By: */s/ Steven A. Alpert*
Steven A. Alpert
Price Law Group, APC
5940 S. Rainbow Blvd, Suite 3014
Las Vegas, NV 89118

*Attorneys for Plaintiffs Pamela J. Coccaro and Frank M. Coccaro*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  2-1-2022