Youssef H. Hammoud, CA #321934
*Admitted pro hac vice*
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
Phone: (818) 600-5596
youssef@pricelawgroup.com

Steven A. Alpert, NV Bar # 8353
PRICE LAW GROUP, APC
5940 S Rainbow Blvd, Suite 3014
Las Vegas, NV 89118
T: (702) 794-2008
F: (866) 401-1457
alpert@pricelawgroup.com

*Attorneys for Plaintiffs*
*Pamela and Frank Coccaro*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| PAMELA J. COCCARO AND FRANK M. COCCARO,<br><br>          Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION LLC,<br><br>          Defendants. | **Case No.:** 2:21-cv-02183-GMN-VCF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

//

1

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Pamela J. Coccaro and Frank M. Coccaro ("Plaintiffs"), and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their counsel of record, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Defendant Experian. Plaintiff and Experian have agreed that all attorneys' fees and costs are to be paid as outlined in the settlement agreement and release. There are no remaining defendants in this matter.

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this  14  day of September, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

RESPECTFULLY SUBMITTED this 13th day of September 2022,

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud, CA #321934
*Admitted pro hac vice*
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
Phone: (818) 600-5596
youssef@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
**PRICE LAW GROUP, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, Nevada 89118
Phone: (702) 794-2008
E: alpert@pricelawgroup.com
*Attorneys for Plaintiffs,*
*Pamela J. Coccaro and Frank M. Coccaro*

By: */s/Benjamin B. Gordon*
Jennifer L. Braster NV Bar No. 9982
Benjamin B. Gordon NV Bar No. 15552
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Roxanne Harris*